# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Julie Marie Byman,                                  Civil No. 12-385 (RHK/JSM)

      Plaintiff,                                **ORDER**

v.

Carolyn W. Colvin, Acting Commissioner of
Social Security,

      Defendant.

_____

The above matter comes before the Court upon the February 15, 2013, Report and Recommendation of Magistrate Judge Janie S. Mayeron. Plaintiff has filed objections to that Report and Recommendation.

Based on the undersigned's de novo review of the Report and Recommendation and the Objections filed with respect thereto, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Plaintiff's Objections (Doc. No. 21) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 19) is **ADOPTED**;

3. Plaintiff's Motion for Summary Judgment (Doc. No. 10) is **DENIED**;

4. Defendant's Motion for Summary Judgment (Doc. No. 15) is **GRANTED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 11, 2013

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge